# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

William T. Mock; Christopher Lewis; Firearms Policy Coalition, Incorporated, *a nonprofit corporation*; Maxim Defense Industries, L.L.C.,

    Plaintiffs-Appellees,

v.

Merrick Garland, *U.S. Attorney General, in his Official capacity as Attorney General of the United States*; United States Department of Justice; Bureau of Alcohol, Tobacco, Firearms, and Explosives; Steven Dettelbach, *in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives*,

    Defendants-Appellants.

No. 23-11199

## MOTION TO VOLUNTARILY DISMISS APPEAL

This appeal arises out of a preliminary injunction entered by the district court in *Mock v. Garland*, No. 4:23-cv-95 (N.D. Tex.). The district court has now entered final judgment in that case. *See* D. Ct. Dkt. No. 111. When the district court entered its final judgment on plaintiffs' claims, the preliminary injunction that it previously entered on those claims dissolved. *See, e.g.*, *Koppula v. Jaddou*, 72 F.4th 83, 84 (5th Cir. 2023) ("[A]n appeal from the denial of a preliminary injunction motion becomes moot when final judgment issues because the district court's denial of the motion merges with the final judgment." (quotation omitted)). Because the preliminary injunction has dissolved, this appeal from that injunction is now moot, and the government respectfully moves to dismiss this appeal pursuant to Federal Rule of Federal Procedure 42(b), with each

party to bear its own costs. The appellees in this appeal consent to this motion.

        Respectfully submitted,

        ABBY C. WRIGHT

        */s/ Sean R. Janda*
        SEAN R. JANDA
        BEN LEWIS
        *Attorneys, Appellate Staff*
        *Civil Division, Room 7260*
        *U.S. Department of Justice*
        *950 Pennsylvania Avenue NW*
        *Washington, DC 20530*
        *(202) 514-3388*
        *sean.r.janda@usdoj.gov*

July 2024

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2024, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. Participants in the cases are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ Sean R. Janda
SEAN R. JANDA

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 151 words, according to the count of Microsoft Word.

                                          */s/ Sean R. Janda*
                                          Sean R. Janda